**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 06-9045-MC-W-DW |
| | ) | |
| VALENCIA BROADUS and | ) | |
| VALENCIA BROADUS, as President of | ) | |
| BROADUS LAW FIRM, PC, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Before the Court is the Government's Motion to Dismiss. (Doc. 10).  The Government

states that Respondents have fully complied with the Summonses.  Accordingly, this case is

DISMISSED WITH PREJUDICE with each party to bear its own costs.  The Clerk of the Court

shall mark the case as closed.

IT IS SO ORDERED.

Date:  February 7, 2007                                    /s/ DEAN WHIPPLE
                                                            Dean Whipple
                                                            United States District Judge